UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>        Plaintiff,<br><br>v.<br><br>JACK IN THE BOX PROPERTIES,<br>LLC, a Delaware limited liability<br>company, et al.,<br><br>        Defendants. | Case No. CV 21-01868 AB (MARx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

     THE COURT has been advised that this action has been settled.

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 27, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE