# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK IN THE BOX PROPERTIES, LLC, a Delaware limited liability company; SUNRISE FOODS, LLC, a California limited liability company; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-01868-AB-MAR<br><br>*Hon. André Birotte Jr.*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: February 26, 2021<br>Trial Date:   Not on Calendar |

The Court has considered the parties' stipulation and **HEREBY ORDERS:**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Ed Hull's action against Defendants Jack in the Box Properties, LLC, a Delaware limited liability company and Sunrise Foods, LLC, a California limited liability company is dismissed with prejudice. Each party to bear its own fees and costs.

Dated: June 10, 2021

_____
Hon. André Birotte Jr.
United States District Judge